NUMBER 13-00-284-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


KIMBERLY CARTER TALLEY A/K/A KIMBERLY FEENEY
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________ ________________ ______________________________


On appeal from the 347th District Court 


of Nueces County, Texas.


______________________ ______________ ______________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, KIMBERLY CARTER TALLEY A/K/A KIMBERLY FEENEY, perfected
an appeal from a judgment entered by the 347th District Court of Nueces County,
Texas, in cause number 99-CR-343-H. Appellant has filed a motion to dismiss the
appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion
to dismiss the appeal, is of the opinion that appellant's motion to dismiss the
appeal should be granted. Appellant's motion to dismiss the appeal is granted, and
the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of October, 2000.